IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RALPH KEVIN TAYLOR** | : | CASE NO. 3:14cv266 |
| **Plaintiff,** | : | |
| | | **JUDGE WALTER H. RICE** |
| vs. | : | |
| **USA** | : | |
| **Defendant.** | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, and with the agreement of the United States Attorneys' Office, hereby orders the instant case unsealed with the exception of the initial Complaint and any addenda to the same.

August 24, 2023

_____  (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE